**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SCOTT DUFFY, Individually And On Behalf Of All Others Similarly Situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRIBUNE MEDIA COMPANY, BRUCE )<br>ALLEN KARSH, PETER M. KERN, )<br>PETER E. MURPHY, CRAIG A. )<br>JACOBSON, ROSS B. LEVINSOHN, and )<br>LAURA R. WALKER, )<br>)<br>Defendants. ) | Civil Action No. 17-919-VAC-SRF |

## ORDER

At Wilmington this 10th day of October, 2017, the complaint in the above-captioned case having been filed on July 7, 2017;

IT IS ORDERED that, on or before **October 24, 2017**, plaintiff shall show cause why the above-captioned action should not be dismissed for plaintiff's failure to serve process within 90 days of filing the complaint, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. Failure to timely respond to this order shall result in dismissal of the action.

Sherry R. Fallon
UNITED STATES MAGISTRATE JUDGE