IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCOTT DUFFY, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRIBUNE MEDIA COMPANY, BRUCE ALLEN KARSH, PETER M. KERN, PETER E. MURPHY, CRAIG A. JACOBSON, ROSS B. LEVINSOHN, and LAURA R. WALKER,<br><br>Defendants. | Civil Action No. 17-919-VAC-SRF |

## ORDER

At Wilmington this **29th** day of **November, 2017**, having considered the parties' Joint Status Report filed on November 27, 2017 (D.I. 15), and having concluded that good grounds exist for the requested relief to stay the action until the anticipated closing of the transaction between Tribune Media and Sinclair Broadcast Group, Inc.;

IT IS HEREBY ORDERED that all proceedings and deadlines in the above-captioned case are STAYED and the case is ADMINISTRATIVELY CLOSED until further order of the court. The parties shall file a joint status letter submission if the anticipated notice of voluntary dismissal has not been filed by April 2018 so that the case may be reopened and other appropriate action may be taken.

Sherry R. Fallon
United States Magistrate Judge