

November 30, 2018

**VIA CM/ECF AND HAND DELIVERY**
The Honorable Sherry R. Fallon
United States District Court
844 North King Street
Unit 14, Room 6100
Wilmington, Delaware 19801

     Re:  *Duffy v. Tribune Media Co., et al.*, C.A. No. 1:17-cv-00919-VAC-SRF

Dear Judge Fallon:

     I write to you on behalf of the parties in the above-referenced matter to provide a status report as requested in the Court's oral order dated November 6, 2018 (the "November 6, 2018 Oral Order").

     Plaintiff Scott Duffy ("Plaintiff") commenced this Action by filing a complaint on July 7, 2017. D.I. 1. Pursuant to the PSLRA's lead plaintiff provision, Plaintiff issued a notice on July 27, 2017, informing Tribune Media Company ("Tribune Media") shareholders of their right to move the court to be appointed lead plaintiff. On October 24, 2017, Plaintiff and Defendants stipulated, subject to approval by the Court, that Defendants would respond to an amended complaint filed by a court-appointed lead plaintiff, pursuant to the Stipulation and Proposed Order Extending Time to Respond to Complaint. D.I. 12. The Stipulation and Proposed Order Extending Time to Respond to Complaint was denied in part and granted in part. D.I. 14. On November 27, 2017, the parties submitted a Joint Status Report. D.I. 15. On November 29, 2017, the Court stayed all proceedings and deadlines in the above-captioned action, administratively closed the case, and ordered the parties to submit a joint status letter if a notice of voluntary dismissal had not been filed by April 2018. D.I. 16.

     On May 1, 2018, the parties submitted a joint letter informing the Court that as of April 30, 2018, the regulatory approval process was still underway and requested this action be further stayed until July 31, 2018. D.I. 17. On May 8, 2018, the Court granted the parties' request and ordered the parties submit a second joint status report providing the status of proposed amended and responsive pleadings; the status of any settlement discussion; a summary of the parties' efforts to comply with the PSLRA; and a proposed scheduling order. D.I. 18. On July 31, 2018, the parties submitted a joint letter informing the Court that there were no further developments to report, and that the parties would have a better understanding of whether the transaction would be consummated by October 1, 2018. D.I. 19. On August 2, 2018, the Court granted the parties' request and ordered a status report be filed no later than October 1, 2018. *See* August 2, 2018 Oral Order.



The Honorable Sherry R. Fallon
November 30, 2018
Page 2 of 2

      On October 1, 2018, the parties submitted a joint letter informing the Court that: (1) on August 9, 2018, Tribune Media announced that it had terminated its merger agreement with Sinclair Broadcast Group, Inc., (2) the parties had initiated discussions regarding resolving this matter, and (3) the parties requested this action be further stayed until November 1, 2018 in order to allow those discussions to continue. D.I. 20. On October 4, 2018, the Court granted the parties' request and ordered a joint supplemental status report be filed no later than November 1, 2018. *See* October 4, 2018 Oral Order.

      On November 1, 2018, the parties reported that an agreement in principle had been reached, which would resolve this matter, and that Plaintiff anticipated filing a notice of voluntary dismissal as quickly as possible. D.I. 21. On November 6, 2018, the Court ordered a supplemental joint status report be filed no later than November 30, 2018. *See* November 6, 2018 Oral Order.

      As of this filing, the parties request an additional 20-day adjournment to finalize the agreement and file a notice of voluntary dismissal.

      If Your Honor has any questions, counsel are available at the Court's convenience.

      Sincerely,

      */s/ Michael Van Gorder*

      Michael Van Gorder (# 6214)

cc:    Counsel of Record (by CM/ECF)