## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SCOTT DUFFY, on behalf of himself and all others similarly situated, | ) ) |
| | ) |
| Plaintiff, | ) |
| | )   Case No. 1:17-cv-00919-VAC-SRF |
| v. | ) |
| | ) |
| TRIBUNE MEDIA COMPANY, BRUCE ALLEN KARSH, PETER M. KERN, PETER E. MURPHY, CRAIG A. JACOBSON, ROSS B. LEVINSOHN, and LAURA R. WALKER, | ) ) ) ) ) |
| | ) |
| Defendants. | ) ) |

## <u>NOTICE OF VOLUNTARY DISMISSAL</u>

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Scott Duffy, by counsel, hereby gives notice that he is dismissing all claims in the above-referenced matter, with prejudice to himself and without prejudice as to all others similarly situated.  Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated:  December 5, 2018

Respectfully submitted,

**FARUQI & FARUQI, LLP**

*/s/ Michael Van Gorder*

**OF COUNSEL:**

**FARUQI & FARUQI, LLP**
Nadeem Faruqi
James M. Wilson, Jr.

Michael Van Gorder (#6214)
3828 Kennett Pike, Suite 201
Wilmington, DE 19807
Tel.: (302) 482-3182
Email: mvangorder@faruqilaw.com

685 Third Ave., 26th Fl.
New York, NY 10017                                    *Attorney for Plaintiff*
212-983-9330
Email: nfaruqi@faruqilaw.com
Email: jwilson@faruqilaw.com

*Attorneys for Plaintiff*